# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | U.S. DISTRICT COURT, WDNY | 04/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE (SENIOR) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1360 UNITED STATES COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. PENSION | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEIVE BENEFITS AS OF NOVEMBER 1, 2005) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ATTORNEY (SELF-EMPLOYED) |
| 2. | 2017 | BROWN, GRUTTADARO, GAUJEAN & PRATO, PLLC (SALARY) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T BANK | A | Interest | M | T | | | | | |
| 2. ACCOUNT # 1 (H) | | | | | | | | | |
| 3. MORGAN STANLEY PRIVATE BANK NA (CASH) (X) | A | Interest | J | T | | | | | |
| 4. ADIDAS AG (ADDYY) (Y) | | | | | Buy | 01/20/17 | J | | |
| 5. ADIENT PLC COM (ADNT) | A | Dividend | J | T | Buy | 01/18/17 | J | | |
| 6. ADOBE SYSTEMS (ADBE) | | None | J | T | | | | | |
| 7. ADVANCED ACCELORATOR APP (X) | | None | | | Sold | 10/30/17 | J | A | |
| 8. AETNA INC NEW CT (AET) (Y) | | | | | | | | | |
| 9. AFLAC INCORPORATED (AFL) (X) | A | Dividend | J | T | | | | | |
| 10. AKAMAI TECHNOLOGIES (AKAM) | | None | J | T | | | | | |
| 11. ALEXION PHARM INC (ALXN) | | None | J | T | | | | | |
| 12. ALIBABA GROUP HLDG LTD (BABA) | | None | J | T | Buy | 01/20/17 | J | | |
| 13. | | | | | Sold (part) | 08/08/17 | J | A | |
| 14. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | Sold (part) | 12/20/17 | J | | |
| 15. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 16. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 17. AMADEUS IT GROUP S.A ADR (AMADY) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMAZON COM INC (AMZN) | | None | J | T | | | | | |
| 19. AMCOR LIMITED ADR NEW (AMCRY) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 20. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 21. ANADARKO PETROLEUM CORP. (APC) | A | Dividend | J | T | | | | | |
| 22. ANHEUSER-BUSCH INBEV SPONS (BUD) | A | Dividend | J | T | | | | | |
| 23. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 24. ASML HLDG NV NEW YORK REG (ASML) | A | Dividend | J | T | | | | | |
| 25. ASOS PLC SPON ADR (ASOMY) (X) | | None | J | T | | | | | |
| 26. ATLAS COPCO AB SP ADR B SP ADR (ATLCY) | A | Dividend | J | T | | | | | |
| 27. AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 28. AXA ADS (AXAHY) (Y) | | | | | | | | | |
| 29. BIOGEN INC COM (BIIB). | | None | J | T | | | | | |
| 30. BLACKROCK INC. (BLK) | A | Dividend | J | T | | | | | |
| 31. BROADCOMM CORP (AVGO) | A | Dividend | J | T | Sold (part) | 12/01/17 | J | A | |
| 32. BURBERRY GROUP PLC SPONS ADR (BURBY) (X) | A | Dividend | J | T | | | | | |
| 33. CDN PACIFIC RY LTD NEW (CP) | A | Dividend | J | T | | | | | |
| 34. CELGENE CORP (CELG) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CHARLES SCHWAB CORP (SCHW) | A | Dividend | J | T | | | | | |
| 36. CHECK POINT SOFTWARE TECH LTD (CHKP) | | None | J | T | | | | | |
| 37. CITRIX SYSTEMS INC (CTXS) | | None | J | T | | | | | |
| 38. CK HUTCHISON HLDGS LTD ADR (CKHUY) (X) | A | Dividend | J | T | | | | | |
| 39. COCA COLA CO. (KO) | A | Dividend | J | T | | | | | |
| 40. COCA COLA AMATIL LTD SPON ADR (CCLAY) (X) | | None | | | Sold | 12/20/17 | J | | |
| 41. COMCAST CORP CL A-SPL (CMCSA) | A | Dividend | J | T | | | | | |
| 42. COSTCO WHOLESALE CORP NEW (COST) (X) | A | Dividend | J | T | | | | | |
| 43. CVS HEALTH CORP COM (CVS) | A | Dividend | J | T | | | | | |
| 44. DENTSPLY SIRONA INC (XRAY) | A | Dividend | J | T | | | | | |
| 45. DEUTSCHE BOERSE AG UNSPON ADR (Y) | | | | | Buy | 01/20/17 | J | | |
| 46. DIAGEO PLC -SPONSORED ADR NEW (DEO) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 47. DOLBY LABORATORIES INC CLASS A (DLB) | A | Dividend | J | T | | | | | |
| 48. EBAY INC. (EBAY) | | None | J | T | | | | | |
| 49. ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |
| 50. ERSTE GROUP BANK AG SPONS ADR (EBKDY) (X) | A | Dividend | J | T | | | | | |
| 51. FACEBOOK INC CL-A (FB) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FANUC CORPORATION UNSP ADR (FANUY) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 53. FERGUSON PLC SPONSORED ADR (FERGY) (X) | A | Dividend | J | T | | | | | |
| 54. FLUOR CORP NEW (FLR) | A | Dividend | J | T | | | | | |
| 55. FREEPORT-MCMORAN INC (FCX) | | None | J | T | | | | | |
| 56. GENERAL ELECTRIC (GE) (Y) | | | | | | | | | |
| 57. GIVAUDAN SA ADR (GVDNY) | | None | J | T | Buy | 09/20/17 | J | | |
| 58. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 59. HONEYWELL INTERNATIONAL INC (HON) (X) | A | Dividend | J | T | | | | | |
| 60. HONG KONG EXCHANGES & CLEANINGS (HKXCY) (X) | A | Dividend | J | T | | | | | |
| 61. HOYA CORP SPONS ADR (HOCPY) | A | Dividend | J | T | | | | | |
| 62. ICON PLC SP ADR (ICLR) | | None | J | T | | | | | |
| 63. INDUSTRIA DE DISENO TEXTIL IND (IDEXY) (X) | A | Dividend | J | T | | | | | |
| 64. ING GROEP NV SPONS ADR (ING) | A | Dividend | J | T | | | | | |
| 65. INTESA SANPAOLO S.P.A. ADR (ISNPY) (X) | A | Dividend | J | T | | | | | |
| 66. IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |
| 67. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 68. JOHNSON CTLS INTL PLC (JCI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. KBC GROUP NV UNSPONS ADR (KBCSY) | A | Dividend | J | T | | | | | |
| 70. KAO CORP SPONS ADR (KCRPY) | | None | J | T | Buy | 10/16/17 | J | | |
| 71. L 3 TECHNOLOGIES INC. (LLL) | A | Dividend | J | T | | | | | |
| 72. LIBERTY INTERACTIVE CORP QVC A (QVCA) (X) | | None | J | T | | | | | |
| 73. LONDON STK EXCHANGE GROUP ADR (LNSTY) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 74. MC CORMICK AND CO NON VOTING (MKC) (X) | A | Dividend | J | T | | | | | |
| 75. MEDTRONIC PLC SHS (MDT) (X) | A | Dividend | J | T | | | | | |
| 76. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK (MTD) | | None | J | T | | | | | |
| 77. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 78. MONSANTO CO (MON) | A | Dividend | J | T | | | | | |
| 79. NASDAQ INC COM (Y) | | | | | | | | | |
| 80. NESTLE SA SPONSORED ADR REPSTG REG SH (NSRGY) | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | |
| 81. NIDEC CORP (NJDCY) | | None | J | T | Buy | 10/16/17 | J | | |
| 82. NOVO NORDISK A S ADR (NVO) (X) | A | Dividend | J | T | | | | | |
| 83. NOVOZYMES A/S UNSPONS APR (NVZMY) | | None | | | Buy | 01/20/17 | J | | |
| 84. | | | | | Sold | 02/10/17 | J | A | |
| 85. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ORACLE CORP (ORCL (X) | | None | J | T | | | | | |
| 87. ORIX CORP SPONS ADR (IX) | A | Dividend | J | T | | | | | |
| 88. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 89. PANDORA A/S ADR (Y) | | | | | Buy | 01/20/17 | J | | |
| 90. PAYPAL HLDGS INC COM (PYPL) | A | Dividend | J | T | | | | | |
| 91. PENTAIR PLC (PNR) (X) | A | Dividend | J | T | | | | | |
| 92. PIONEER NATURAL RESOURCES CO (PXD) (X) | A | Dividend | | | Sold | 12/20/17 | J | | |
| 93. PRAXAIR INC (PX) (X) | A | Dividend | J | T | | | | | |
| 94. RECKITT BENCKISER PLC SPON ADR (RBGLY) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 95. RED HAT INC (RHT) | | None | J | T | | | | | |
| 96. REGENERON PHARM (REGN) | | None | J | T | | | | | |
| 97. RENTOKIL GROUP PLC SP ADR (RTOKY) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 98. ROCKWELL COLLINS INC (COL) | A | Dividend | J | T | | | | | |
| 99. RYANAIR HLDGS PLC ADR (RYAAY) | | None | J | T | | | | | |
| 100. SAP AG (SAP) | A | Dividend | J | T | | | | | |
| 101. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Buy (add'l) | 01/20/17 | J | | |
| 102. | | | | | Sold | 12/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SEAGATE TECHNOLOGY (STX) | A | Dividend | J | T | | | | | |
| 104. SHIMANO INC ADR (SMNNY) (Y) | | | | | | | | | |
| 105. SHISEIDO LTD SPON ADR (SSDOY) | A | Dividend | J | T | | | | | |
| 106. SPLUNK INC (SPLK) (X) | | None | J | T | | | | | |
| 107. SUNCOR ENERGY INC NEW COM (SU) | A | Dividend | J | T | | | | | |
| 108. TE CONNECTIVITY LTD NEW (TEL) | A | Dividend | J | T | | | | | |
| 109. TEMENOS GROUP AG SPON ADR (TMSNY) (X) | A | Dividend | J | T | | | | | |
| 110. TENCENT HLDGS LTD UNSPON ADR (TCEHY) (X) | A | Dividend | J | T | | | | | |
| 111. TEXAS INSTRUMENTS (TXN) | A | Dividend | J | T | | | | | |
| 112. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | | | | | |
| 113. TORONTO DOM BK NEW (TD) | A | Dividend | J | T | | | | | |
| 114. TWENTY-FIRST CENTURY FOX CL A (FOXA) (Y) | | | | | Buy | 01/20/17 | J | | |
| 115. TWITTER INC (TWTR) | | None | J | T | | | | | |
| 116. UBS GROUP AG SHS | A | Dividend | | | Sold | 05/18/17 | J | | |
| 117. UMICORE SA ADR (UMICY) (X) | A | Dividend | J | T | | | | | |
| 118. UNITED PARCEL SERVICE CL B (UPS) | A | Dividend | J | T | | | | | |
| 119. UNITEDHEALTH GROUP INC. (UNH) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VERTEX PHARMACEUTICALS (VRTX) (X) | | None | J | T | | | | | |
| 121. VESTAS WIND SYSTEMS ADS (VWDRY) (Y) | | | | | | | | | |
| 122. VISA INC (V) | A | Dividend | J | T | | | | | |
| 123. VMWARE INC CLASS A (VMW) | | None | J | T | | | | | |
| 124. VODAFONE GROUP PLC (Y) | | | | | Buy | 01/20/17 | J | | |
| 125. W W GRAINGER INC (GWW) | A | Dividend | | | Buy | 01/20/17 | J | | |
| 126. | | | | | Sold | 12/20/17 | J | | |
| 127. WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | |
| 128. WEATHERFORD INTL LTD (WFT) | | None | | | Buy | 01/20/17 | J | | |
| 129. | | | | | Sold | 12/20/17 | J | | |
| 130. WESTERN DIGITAL CORP (WDC) | A | Dividend | J | T | | | | | |
| 131. WOLSELEY PLC JERSEY SPNSRD ADR (Y) | | | | | | | | | |
| 132. XILINX INC (Y) | | | | | | | | | |
| 133. YUM CHINA HOLDINGS (YUMC) | A | Dividend | J | T | | | | | |
| 134. ZOETIS INC CLASS-A (ZTS) | A | Dividend | J | T | | | | | |
| 135. ISHARES CORE RUSSELL US GR ETF (IUSG) | | None | J | T | Sold (part) | 01/20/17 | J | A | |
| 136. | | | | | Buy (add'l) | 12/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ISHARES RUSSELL 1000 GRW ETF (IWF) | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | |
| 138. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 139. VANGUARD FTSE DEVELOPED MKTS E (VEA) | A | Dividend | J | T | Sold | 01/20/17 | K | A | |
| 140. | | | | | Buy | 12/20/17 | J | | |
| 141. ACCOUNT # 2 (H) | | | | | | | | | |
| 142. BLACKROCK GLOBAL SCIENCE & TECH OPPORT PORTFOLIO CL INSTL (BGSIX) | A | Dividend | J | T | | | | | |
| 143. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | A | Dividend | J | T | | | | | |
| 144. ACCOUNT # 3 (H) | | | | | | | | | |
| 145. MORGAN STANLEY BANK, N.A. | A | Interest | J | T | | | | | |
| 146. IRA #1 (H) | | | | | | | | | |
| 147. CERES TACTICAL SYSTEMATIC LP | | None | K | T | | | | | |
| 148. IRA #2 (H) | | | | | | | | | |
| 149. GOLDMAN SACHS SM CAP VAL A (GSSMX) | A | Dividend | J | T | | | | | |
| 150. IRA #3 (H) | | | | | | | | | |
| 151. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | A | Dividend | J | T | | | | | |
| 152. IRA #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | A | Dividend | J | T | | | | | |
| 154. NY's COLLEGE SAVINGS PROGRAM #1 (H) | | | | | | | | | |
| 155. VALUE STOCK INDEX PORTFOLIO | | None | M | T | Buy (add'l) | 04/11/17 | K | | |
| 156. | | | | | Sold (part) | 06/27/17 | J | A | |
| 157. | | | | | Sold (part) | 07/21/17 | J | A | |
| 158. | | | | | Sold (part) | 12/26/17 | J | A | |
| 159. NY'S COLLEGE SAVINGS PROGRAM #2 (H) | | | | | | | | | |
| 160. VALUE STOCK INDEX PORTFOLIO | | None | N | T | Buy (add'l) | 04/11/17 | K | | |
| 161. DEFERRED COMPENSATION (H) | | | | | | | | | |
| 162. FIDELITY LARGE CAP STOCK FUND | | None | J | T | | | | | |
| 163. VT FIDELITY CONTRAFUND | | None | J | T | | | | | |
| 164. LAZARD INTERNATIONAL STRATEGIC EQUITY | | None | J | T | | | | | |
| 165. IRA #5 (H) | | | | | | | | | |
| 166. ISHARES SILVER TRUST EQUITY (SLV) | | None | J | T | | | | | |
| 167. SPDR GOLD TR GOLD (GLD) | | None | K | T | | | | | |
| 168. VANECK VECTORS GOLD MINERS E (GDX) | A | Dividend | J | T | | | | | |
| 169. BLACKROCK GLOBAL ALLOCATION (MCLOX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. COHEN & STEERS INTL REALTY FUND A (IRFAX) | A | Dividend | J | T | | | | | |
| 171. COHEN & STEERS INTL REALTY FD C (IRFCX) | A | Dividend | K | T | | | | | |
| 172. GOLDMAN SACHS SM CAP VAL A (GSSMX) | B | Dividend | J | T | | | | | |
| 173. LOCORR MARKET TREND A (LOTAX) | | None | K | T | | | | | |
| 174. ACCOUNT # 4 (H) | | | | | | | | | |
| 175. MORGAN STANLEY BANK, N.A. | A | Interest | J | T | | | | | |
| 176. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 177. ADECCO SA UNSPON ADR (AHEXY) | A | Dividend | J | T | | | | | |
| 178. ADOBE SYSTEMS (ADBE) | | None | J | T | | | | | |
| 179. AES CORP (AES) | A | Dividend | J | T | | | | | |
| 180. AETNA INC (NEW)(CT) (AET) (Y) | | | | | | | | | |
| 181. AKAMAI TECHNOLOGIES (AKAM) | | None | J | T | | | | | |
| 182. AKZO NOBEL (AKZOY) | A | Dividend | J | T | | | | | |
| 183. ALASKA AIR GROUP INCORPORATED (ALK) (Y) | | | | | | | | | |
| 184. ALEXION PHARM INC (ALXN) | | None | J | T | Buy | 01/20/17 | J | | |
| 185. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | |
| 186. | | | | | Buy (add'l) | 10/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 12/20/17 | J | | |
| 188. ALLIED WORLD ASSUR CO HLDG LTD (AWH) | A | Dividend | | | Sold | 07/01/17 | J | B | |
| 189. ALLISON TRANSMN HLDGS INC (ALSN) | A | Dividend | J | T | | | | | |
| 190. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 191. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 192. AMAZON (AMZN) | | None | J | T | Sold (part) | 11/09/17 | J | B | |
| 193. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 194. AMERICAN HOMES 4 RENT (AMH) | A | Dividend | J | T | | | | | |
| 195. AMERIPRISE FINCL INC (AMP) | A | Dividend | J | T | | | | | |
| 196. ANADARKO PETROLEUM CORP (APC) | A | Dividend | J | T | | | | | |
| 197. ANHEUSER-BUSCH (BUD) | A | Dividend | J | T | | | | | |
| 198. AP MOLLAR-MAERSK A/S ADR (AMKBY) | A | Dividend | J | T | | | | | |
| 199. APACHE CORP (APA) | A | Dividend | | | Sold | 12/20/17 | J | | |
| 200. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 201. APPLIED MATERIALS INC DELWARE (AMAT) | A | Dividend | J | T | Sold (part) | 06/06/17 | J | A | |
| 202. AUTODESK INC. (ADSK) | | None | J | T | | | | | |
| 203. AUTOZONE INC (AZO) | | None | J | T | Buy | 07/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. AXA ADS (AXAHY) | A | Dividend | J | T | | | | | |
| 205. AXIS CAPITAL HOLDINGS LTD (Y) | | | | | | | | | |
| 206. BANCO SANTANDER S.A. (SAN) | A | Dividend | J | T | | | | | |
| 207. BANK OF THE OZARKS INC (OZRK) | A | Dividend | | | Buy | 04/19/17 | J | | |
| 208. | | | | | Sold | 12/20/17 | J | | |
| 209. BASF SE SP ADR (BASFY) | A | Dividend | J | T | | | | | |
| 210. BAYER AG SPONSORED ADR (BAYRY) | A | Dividend | J | T | | | | | |
| 211. BIOGEN INC COM (BIIB) | | None | J | T | Buy (add'l) | 01/20/17 | J | | |
| 212. BLACKROCK INC. (BLK) | A | Dividend | J | T | | | | | |
| 213. BNP PARIBAS SP ADR REPSTG (BNPQY) (X) | A | Dividend | J | T | | | | | |
| 214. BOEING CO. (BA) | A | Dividend | J | T | | | | | |
| 215. BP PLC ADS (BP) | A | Dividend | J | T | | | | | |
| 216. BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | | | | | |
| 217. BROADCOM CORP CL A (AVGO) | A | Dividend | J | T | | | | | |
| 218. CABOT OIL & GAS CORP A (COG) (X) | A | Dividend | J | T | | | | | |
| 219. CALPINE CORP NEW (CPN) | | None | | | Buy | 01/20/17 | J | | |
| 220. | | | | | Sold | 09/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. CARNIVAL CP NEW PAIRED COM (Y) | | | | | | | | | |
| 222. CBS CORP NEW CL B SHRS (CBS) | A | Dividend | J | T | | | | | |
| 223. CELGENE CORP (CELG) | | None | J | T | | | | | |
| 224. CEMEX SAB DE CV (CX) | | None | J | T | | | | | |
| 225. CHARLES SCHWAB CORP (SCHW) | A | Dividend | J | T | | | | | |
| 226. CHINA CONSTRUCTION BANK CORP (CICHY) (X) | A | Dividend | J | T | | | | | |
| 227. CISCO SYS INC (CSCO) | A | Dividend | J | T | | | | | |
| 228. CITIGROUP INC NEW (C) | A | Dividend | J | T | | | | | |
| 229. CITRIX SYSTEMS INC (CTXS) | | None | J | T | | | | | |
| 230. COCA-COLA CO. (KO) | A | Dividend | J | T | | | | | |
| 231. COMCAST CORP CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 232. CNX RESOURCE CORP (CNX) (X) | | None | J | T | | | | | |
| 233. CONTL AG SPONS ADR (CTTAY) (X) | A | Dividend | J | T | | | | | |
| 234. COSTCO WHOLESALE CORP NEW (COST) (X) | A | Dividend | J | T | | | | | |
| 235. CREDIT SUISSE GROUP (CS) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 236. CVS HEALTH CORP COM (CVS) | A | Dividend | J | T | | | | | |
| 237. DANONE SPONSORED ADR (DANOY) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. DENTSPLY SIRONA INC (XRAY) | | None | J | T | | | | | |
| 239. DEUTSCHE TELEKOM AG 1 ORD 1ADS (DTEGY) | | None | | | Buy | 01/20/17 | J | | |
| 240. | | | | | Sold | 05/11/17 | J | | |
| 241. DEVON ENERGY CORP NEW (DVN) | A | Dividend | J | T | Sold (part) | 12/20/17 | J | | |
| 242. DIAGEO PLC SPON ADR NEW (DEO) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 243. DISCOVER FINCL SVCS (DFS) | A | Dividend | J | T | | | | | |
| 244. DOLBY LABORATORIES INC CLASS A (DLB) | A | Dividend | J | T | | | | | |
| 245. DOWDUPONT INC (DWDP) | A | Dividend | J | T | | | | | |
| 246. EBAY INC. (EBAY) | | None | J | T | Sold (part) | 01/05/17 | J | | |
| 247. ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |
| 248. EXELON CORP (EXC) | A | Dividend | J | T | | | | | |
| 249. FACEBOOK INC (FB) | | None | J | T | | | | | |
| 250. FAIRFAX FIN HLDG SUB VTG (FRFHF) (X) | | None | J | T | | | | | |
| 251. FLUOR CORP NEW (FLR) | A | Dividend | J | T | | | | | |
| 252. FREEPORT-MCMORAN INC (FCX) | | None | J | T | | | | | |
| 253. G4S PLC UNSPONS ADR (GFSZY) (X) | A | Dividend | J | T | | | | | |
| 254. GATX CORP (GATX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. GENERAL ELECTRIC CO (Y) | | | | | | | | | |
| 256. GENTEX CORP (GNTX) | A | Dividend | J | T | | | | | |
| 257. GREEK ORGANISATION OF FOOTBALL (GOFPY) (X) | A | Dividend | J | T | | | | | |
| 258. HALLIBURTON CO HOLDINGS CO (HAL) | A | Dividend | J | T | Sold (part) | 01/09/17 | J | | |
| 259. HANESBRANDS INC (HBI) (X) | A | Dividend | J | T | | | | | |
| 260. HEIDELBERG CEMENT ADR (HDELY) (Y) | | | | | | | | | |
| 261. HENGAN INTL GROUP CO LTD ADR (HEGIY) (X) | A | Dividend | J | T | | | | | |
| 262. HITACHI 10 COM NEW ADR (HTHIY) (X) | A | Dividend | J | T | | | | | |
| 263. HOME DEPOT INC. (HD) | A | Dividend | J | T | | | | | |
| 264. HONDA MOTOR COMPANY LTD ADR (HMC) | A | Dividend | J | T | | | | | |
| 265. HONEYWELL INTL INC (HON) | A | Dividend | J | T | Buy (add'l) | 03/27/17 | J | | |
| 266. HOYA CORP (HOCPY) | A | Dividend | J | T | | | | | |
| 267. HSBC HOLDINGS PLC SPON ADR NEW (HSBC) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 268. HYPERMARCAS S A SPONSORED ADR (HYPMY) (X) | A | Dividend | J | T | | | | | |
| 269. INDRA SISTEMAS SA FGN ORD ADR (ISNAY) | | None | J | T | | | | | |
| 270. INCITEC PIVOT LIMITED ADR (INCZY) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 271. INVESCO LTD (IVZ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |
| 273. ITAU UNIBANCO MULTIPLE ADR (ITUB) | A | Dividend | J | T | | | | | |
| 274. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 275. JOHNSON CTLS INTL PLC (JCI) | A | Dividend | J | T | Sold (part) | 12/20/17 | J | | |
| 276. JONES LANG LASALLE INC. (Y) | | | | | | | | | |
| 277. KEYCORP - NEW (KEY) | A | Dividend | J | T | | | | | |
| 278. KINDER MORGAN INCORP (KMI) | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 279. KLA-TENCOR CORP (KLAC) | A | Dividend | J | T | | | | | |
| 280. KROGER CO (KR) (X) | A | Dividend | | | Sold | 12/20/17 | J | | |
| 281. KT CORP SPON ADR (KT) (X) | A | Dividend | J | T | | | | | |
| 282. L 3 TECHNOLOGIES INC. (LLL) | A | Dividend | J | T | | | | | |
| 283. LIBERTY INTERACTIVE CORP QVC A (QVCA) | | None | J | T | | | | | |
| 284. LIBERTY MEDIA C SER C SIRIUSXM (LSXMK) (X) | | None | J | T | | | | | |
| 285. MARINE HARVEST ASA ADR (Y) | | | | | | | | | |
| 286. MC CORMICK AND CO NON VOTING (MKC) (X) | A | Dividend | J | T | | | | | |
| 287. MEDTRONIC PLC SHS (MDT) (X) | A | Dividend | J | T | | | | | |
| 288. MERCK & CO INC. (MRK) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. METLIFE INCORPORATED (MET) | A | Dividend | J | T | | | | | |
| 290. MGIC INVT CORP (MTG) | | None | J | T | | | | | |
| 291. MICROSOFT (MFST) | A | Dividend | J | T | | | | | |
| 292. MONSANTO CO (MON) | A | Dividend | J | T | | | | | |
| 293. MURPHY USA INC COM (MUSA) | | None | J | T | | | | | |
| 294. MYLAN N V (MYL) | | None | J | T | | | | | |
| 295. NASDAQ INC COM (Y) | | | | | | | | | |
| 296. NOVARTIS AG ADR (NVS) | A | Dividend | J | T | | | | | |
| 297. NSK LTD SPONSORED ADR (NPSKY) (X) | A | Dividend | J | T | | | | | |
| 298. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 299. NXP SEMICONDUCTORS NV (NXPI) (Y) | | | | | | | | | |
| 300. ONEMAIN HLDGS INC (OMF) | | None | J | T | Buy | 01/20/17 | J | | |
| 301. ORACLE CORP (ORCL) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 302. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 303. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 304. PAYPAL HLDGS INC COM (PYPL) | | None | J | T | | | | | |
| 305. PEBBLEBROOK HOTEL TRUST (PEB) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. PENTAIR PLC (PNR) | A | Dividend | J | T | | | | | |
| 307. PIONEER NATURAL RESOURCES CO (PXD) | | None | | | Buy | 05/12/17 | J | | |
| 308. | | | | | Sold | 12/20/17 | J | | |
| 309. PJSC GAZPROM SPON ADR (OGZPY) (Y) | | | | | | | | | |
| 310. POSCO ADS (PKX) | A | Dividend | J | T | | | | | |
| 311. PRAXAIR INC (PX) (X) | A | Dividend | J | T | | | | | |
| 312. PULTE GROUP INC (PHM) | A | Dividend | | | Sold | 11/27/17 | J | A | |
| 313. RAYTHEON CO | A | Dividend | | | Sold | 11/16/17 | J | B | |
| 314. REALOGY HOLDINGS CORP (RLGY) | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | |
| 315. RED HAT INC (RHT) | | None | J | T | | | | | |
| 316. REGENERON PHARM (REGN) (X) | | None | J | T | | | | | |
| 317. REGIONS FINANCIAL CORP (RF) | A | Dividend | J | T | | | | | |
| 318. RIO TINTO PLC SPON ADR (RIO) | A | Dividend | J | T | | | | | |
| 319. ROCKWELL COLLINS INC (COL) | A | Dividend | J | T | | | | | |
| 320. ROYAL BK SCOTLAND GROUP SP ADR (RBS) | | None | J | T | | | | | |
| 321. ROYAL DUTCH SHELL PLC (RDS'A) | A | Dividend | J | T | | | | | |
| 322. ROYAL KPN NV SPONS ADR (KKPNY) | A | Dividend | | | Buy | 01/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. | | | | | Sold | 08/21/17 | J | A | |
| 324. SAFRAN SA (SAFRY) | A | Dividend | | | Sold (part) | 09/15/17 | J | | |
| 325. | | | | | Sold | 12/14/17 | J | | |
| 326. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 12/20/17 | J | | |
| 327. SCHNEIDER ELEC SA UNSP ADR (SBGSY) (X) | A | Dividend | J | T | | | | | |
| 328. SEAGATE TECHNOLOGY (STX) | A | Dividend | J | T | | | | | |
| 329. SENSATA TECHNOLOGIES (ST) (X) | | None | J | T | | | | | |
| 330. SERVICE CORP INTL (SCI) | A | Dividend | J | T | | | | | |
| 331. SONY CORP ADR___ NEW (SNE) (Y) | | | | | Sold (part) | 05/30/17 | J | A | |
| 332. SPLUNK INC (SPLK) (X) | | None | J | T | | | | | |
| 333. STANDARD LIFE PLC ADR REPSTG 4 (SLFPY) (X) | | None | J | T | | | | | |
| 334. STANLEY BLACK & DECKER INC (SWK) | A | Dividend | J | T | Sold (part) | 11/14/17 | J | A | |
| 335. STERICYCLE INC (SRCL) | | None | | | Sold | 12/20/17 | J | | |
| 336. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | J | T | | | | | |
| 337. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | | | | | |
| 338. SYMANTEC CORP (Y) | | | | | | | | | |
| 339. SYNCHRONY FINANCIAL (SYF) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. TDK CP ADR NEW (TTDKY) | | None | | | Sold | 02/03/17 | J | A | |
| 341. TE CONNECTIVITY LTD-CHF (TEL) | A | Dividend | J | T | | | | | |
| 342. TELEPERFORMANCE SA UNSP ADR (TLPFY) | A | Dividend | | | Sold | 12/18/17 | J | | |
| 343. TERADYNE INC (TER) | A | Dividend | J | T | | | | | |
| 344. TEXAS INSTRUMENTS INC. (TXN) | A | Dividend | J | T | | | | | |
| 345. THE MOSAIC CO (HLDG CO) NEW (MOS) (Y) | | | | | | | | | |
| 346. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | | | | | |
| 347. TOTAL S A SPON ADR (TOT) (X) | A | Dividend | K | T | | | | | |
| 348. TRANSDIGM GROUP INC (TDG) (X) | A | Dividend | K | T | | | | | |
| 349. TWENTY-FIRST CENTURY FOX CL A (FOXA) (Y) | | | | | Buy | 01/20/17 | J | | |
| 350. TWITTER INC (TWTR) | | None | J | T | Buy | 01/20/17 | J | | |
| 351. UBS GROUP AG SHS (UBS) | A | Dividend | J | T | | | | | |
| 352. UNILEVER PLC (NEW) ADS (UL) | A | Dividend | J | T | | | | | |
| 353. UNITED NATURAL FOODS INC (UNFI) (Y) | | | | | | | | | |
| 354. UNITED PARCEL SERVICE (UPS) | A | Dividend | J | T | | | | | |
| 355. UNITED RENTALS INC (URI) | | None | | | Sold | 01/09/17 | J | | |
| 356. UNITEDHEALTH GROUP INC. (UNH) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. VEECO INSTRUMENTS INC DEL (VECO) (Y) | | | | | | | | | |
| 358. VERTEX PHARMACEUTICALS (VRTX) (X) | | None | J | T | | | | | |
| 359. VISA INC COM (V) | A | Dividend | J | T | | | | | |
| 360. VMWARE INC CLASS A (VMW) (X) | | None | J | T | | | | | |
| 361. VOYA FINL INC (VOYA) | | None | J | T | Buy | 09/21/17 | J | | |
| 362. W W GRAINGER INC (GWW) (X) | A | Dividend | | | Sold | 12/20/17 | J | | |
| 363. WALT DISNEY CO. (DIS) | A | Dividend | J | T | | | | | |
| 364. WEATHERFORD INTL LTD (WFT) | | None | | | Buy | 01/20/17 | J | | |
| 365. | | | | | Sold | 12/20/17 | J | | |
| 366. WELLS FARGO & CO NEW (WFC) | A | Dividend | J | T | Buy (add'l) | 07/24/17 | J | | |
| 367. WESTERN DIGITAL CORPORATION (WDC) | A | Dividend | J | T | | | | | |
| 368. WEYERHAEUSER CO. COMMON STOCK (WY) | A | Dividend | J | T | | | | | |
| 369. WIENERBERGER AG SPON ADR (WBRBY) | A | Dividend | J | T | | | | | |
| 370. WPP PLC SPON NEW ADR (WPP) | | None | J | T | Buy | 12/14/17 | J | | |
| 371. XL GROUP LTD (XL (X) | | None | J | T | | | | | |
| 372. XILINX INC (Y) | | | | | | | | | |
| 373. YUM CHINA HLDNGS (YUMC) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. ZOETIS INC CLASS A (ZTS) | A | Dividend | J | T | | | | | |
| 375. ISHARES CORE RUSSELL US GR ETF (IUSG) | | None | J | T | Sold (part) | 01/23/17 | J | A | |
| 376. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 377. ISHARES CORE RUSSELL US VA ETF (IUSV) | | None | K | T | Sold (part) | 01/23/17 | J | | |
| 378. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 379. ISHARES RUSSELL 1000 GRW ETF (IWF) | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | |
| 380. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 381. VANGUARD FTSE DEVELOPED MKTS E | A | Dividend | J | T | Sold (part) | 01/20/17 | K | A | |
| 382. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 383. TRIBOROUGH BRIDGE TUNNEL NY AU MTA BRDG TUNNEL GEN REV ▨ (Y) | | | | | | | | | |
| 384. ONONDAGA CNTY N Y TR CULTURAL RES REV ▨ | A | Interest | K | T | | | | | |
| 385. NEW YORK ST DORM AUTH 3RD GENL ▨ | A | Interest | K | T | | | | | |
| 386. EMPIRE ST NEW YORK DEV CORP ▨ (Y) | | | | | | | | | |
| 387. ROCHESTER NY GENL OBLIG SER-I ▨ | A | Interest | J | T | | | | | |
| 388. NEW YORK ST DORM AUTH REVS ST SUPPORTED DEBT REV ▨ (Y) | | | | | | | | | |
| 389. SYRACUSE N Y PUB IMPT GENL OBLIG REF-A ▨ | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. SUFFOLK CNTY NY GENL OBLIG REF SER-B | A | Interest | J | T | | | | | |
| 391. LONG ISLAND PWR AUTH N Y ELEC SYS REV-B | A | Interest | J | T | Buy | 01/20/17 | J | | |
| 392. TRIBOROUGH BRIDGE TUNNEL NY AU MTA BRDG TUNNEL GEN          (X) | A | Interest | K | T | | | | | |
| 393. NEW YORK & NEW JERSEY PORT AUTH SER-179 | A | Interest | K | T | | | | | |
| 394. WESTERN NASSAU CNTY N Y WTR AUTH WTR SYS REV-B | A | Interest | J | T | | | | | |
| 395. ERIE CNTY NY FISCAL STABILITY AUTH | A | Interest | K | T | | | | | |
| 396. METROPOLITAN TRANSPORTATION AUTHORITY REV-E | A | Interest | K | T | | | | | |
| 397. NEW YORK ST THRUWAY AUTH GEN REV JR | A | Interest | K | T | | | | | |
| 398. METROPOLITAN TRANSN AUTH N Y DEDICATED T | A | Interest | | | Redeemed | 03/01/17 | J | | |
| 399. BUFFALO NY GENL OBLIG REF-A | A | Interest | J | T | | | | | |
| 400. ROCKLAND CNTY NY GENL OBLIG REF | A | Interest | J | T | | | | | |
| 401. NASSAU CNTY N Y FOR ISSUES DTD PRIOR TO | | None | J | T | Buy | 10/17/17 | J | | |
| 402. WESTCHESTER CNTY N Y GENL OBLIG SER-B | A | Interest | J | T | Buy | 03/30/17 | J | | |
| 403. HUDSON YDS INFRASTRUCTURE CORP N Y SECOND INDENTURE REV-A | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 404. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-A | | None | J | T | Buy | 08/16/17 | J | | |
| 405. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-B | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 406. TRIBOROUGH BRIDGE TUNNEL AUTH GENL REV-A | A | Interest | J | T | Buy | 01/09/17 | J | | |
| 407. NEW YORK N Y CITY TR CULTURAL RES REV-A | A | Interest | K | T | | | | | |
| 408. NYS DORM AU-A BE | A | Interest | | | Buy | 03/29/17 | J | | |
| 409. | | | | | Redeemed | 10/02/17 | J | | |
| 410. NEW YORK ST URBAN DEV CORP INCOME TAX REV-B-1 (X) | A | Interest | J | T | | | | | |
| 411. ACCOUNT # 5 (H) | | | | | | | | | |
| 412. MORGAN STANLEY BANK, N.A. | A | Interest | M | T | | | | | |
| 413. DELAWARE LIFE NY SUN UL PROTECTOR (whole life) | | None | M | T | | | | | |
| 414. IRA # 6 (H) | | | | | | | | | |
| 415. MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | |
| 416. AQR MANAGED FUTURES STATEGY 1 (AQMIX) | | None | L | T | | | | | |
| 417. AQR EQ MARKET NEUTRAL INST (QMNIX) | C | Dividend | L | T | Buy | 05/10/17 | L | | |
| 418. IRA #7 (H) | | | | | | | | | |
| 419. MORGAN STANLEY BANK N.A. (CASH) | A | Dividend | K | T | Open | 08/14/17 | O | | |
| 420. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 421. ALLERGAN PLC SHS (AGN) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 422. | | | | | Buy (add'l) | 10/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 423. ALPHABET INC CL C (GOOG) | | None | J | T | Buy | 08/24/17 | J | | |
| 424. ALTRA HLDGS INC (AIMC) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 425. AMER INTL GP INC NEW (AIG) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 426. AMERICAN EXPRESS CO (AXP) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 427. AMN HEALTHCARE SVCS INC (AMN) (X) | | None | J | T | | | | | |
| 428. ANHEUSER BUSCH INBEV SA SPON (BUD) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 429. AON PLC SHS CL-A (AON) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 430. ASHTEAD GROUP PLC ADR (ASHTY) (X) | | None | J | T | | | | | |
| 431. ASSA ABLOY AB UNSP ADR (ASAZY) | | None | J | T | Buy | 08/24/17 | J | | |
| 432. ASSOC BRITISH FDS PLC ADR-NEW (ASBFY) (Y) | | | | | Buy | 08/24/17 | J | | |
| 433. AXALTA COATING SYSTEMS LTD. (AXTA) | | None | J | T | Buy | 08/24/17 | J | | |
| 434. BANCORPSOUTH INC (BXS) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 435. BB SEGURIDADE PARTICIPACOES (BBSEY) | | None | J | T | Buy | 08/24/17 | J | | |
| 436. BERKLEY W R CORP (WRB) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 437. BERKSHIRE HATHAWAY CL-B NEW (BRK'B) | | None | J | T | Buy | 08/24/17 | J | | |
| 438. BHP BILLITON LTD (BHP) | | None | J | T | Buy | 08/24/17 | J | | |
| 439. BLACK KNIGHT INC (BKI) | A | Dividend | J | T | Buy | 10/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 440. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 441. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 442. BMC STK HLDGS INC (BMCH) (X) | | None | J | T | | | | | |
| 443. BRITISH AMER TOB SPON ADR (BTI) | | None | J | T | Buy | 08/24/17 | J | | |
| 444. CANADIAN NATL RAILWAY CO (CNI) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 445. CARLSBERG AS (CABGY) | | None | J | T | Buy | 08/24/17 | J | | |
| 446. CIELO SA SPONSORED ADR NEW (CIOXY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 447. COLUMBIA SPORTSWEAR CO (COLM) (X) | A | Dividend | J | T | | | | | |
| 448. COMPAGNIE FIN RICHEMONTAG ADR (CFRUY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 449. COMPANHIA DE SANEMENTO BASI (SBS) (Y) | | | | | Buy | 08/24/17 | J | | |
| 450. COMPASS GROUP PLC SPD ADR (CMPGY) | | None | J | T | Buy | 08/24/17 | J | | |
| 451. CONTL AG SPONS ADR (CTTAY) | | None | J | T | Buy | 08/24/17 | J | | |
| 452. CVB FINCL CP (CVBF) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 453. DAIWA HOUSE IND LTD ADR (DWAHY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 454. DANA INCORPORATED (DAN) (X) | A | Dividend | J | T | | | | | |
| 455. DBS GROUP HOLDINGS LTD SP (DBSDY) | | None | J | T | Buy | 08/24/17 | J | | |
| 456. DIAGEO PLC SPON ADR NEW (DEO) | | None | J | T | Buy | 08/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 457. DISCOVERY COMMUNICATIONS SER C (DISCK) | | None | J | T | Buy | 08/24/17 | J | | |
| 458. ENTEGRIS INC (ENTG) (Y) | | | | | Buy | 08/24/17 | J | | |
| 459. EXPRESS SCRIPTS HLDG CO COM (ESRX) | | None | | | Buy | 08/24/17 | J | | |
| 460. | | | | | Sold | 10/13/17 | J | | |
| 461. FASTENAL CO (FAST) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 462. FCB FINL HLDGS INC CL A (FCB) | | None | J | T | Buy | 08/24/17 | J | | |
| 463. FERGUSON PLC SPONSORED ADR (FERGY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 464. HORACE MANN EDUCATORS CP (HMN) (X) | A | Dividend | J | T | | | | | |
| 465. IBERIA BK CORP (IBKC) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 466. ICICI BANK LTD (IBN) (X) | | None | J | T | | | | | |
| 467. ICU MEDICAL INC (ICUI) | | None | J | T | Buy | 08/24/17 | J | | |
| 468. ILL TOOL WORKS INC (ITW) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 469. INDEPENDENT BK MASS (INDB) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 470. INGEVITY CORP (NGVT) | | None | J | T | Buy | 08/24/17 | J | | |
| 471. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 472. KASIKORNBANK PUB CO LTD UNSPON (KPCPY) (X) | A | Dividend | J | T | | | | | |
| 473. KBC GROUP NV UNSPONS ADR (KBCSY) (X) | | None | | | Sold | 10/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 39

Name of Person Reporting

SIRAGUSA, CHARLES J.

Date of Report

04/23/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 474. LA Z BOY INCORPORATED (LZB) (X) | A | Dividend | J | T | | | | | |
| 475. LITTELFUSE INC (LFUS) (Y) | | | | | Buy | 08/24/17 | J | | |
| 476. LOWES COMPANIES INC (LOW) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 477. M K S INSTRUMENTS (MKSI) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 478. MACOM TECHNOLOGY SOLU HLDS (MTSI) (Y) | | | | | Buy | 08/24/17 | J | | |
| 479. MAKITA CORPORATION LTD ADR NEW (MKTAY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 480. MARKEL CORP (HOLDING CO) (MKL) | | None | J | T | Buy | 08/24/17 | J | | |
| 481. MASTERCARD INC CL A (MA) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 482. MATADOR RES CO (MTDR) | | None | J | T | Buy | 08/24/17 | J | | |
| 483. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 484. MICHELIN COMPAGNIE GENERALE DE (MGDDY) | | None | J | T | Buy | 08/24/17 | J | | |
| 485. MINERALS TECHNOLOGY INC (MTX) (X) | A | Dividend | J | T | | | | | |
| 486. MR PRICE GROUP LTD SPON ADR (MRPLY) (X) | | None | J | T | | | | | |
| 487. NORDEA NK SWEDEN AB (PUBL) ADR (NRBAY) | | None | J | T | Buy | 08/24/17 | J | | |
| 488. NOVARTIS AG ADR (NVS) | | None | J | T | Buy | 08/24/17 | J | | |
| 489. PEBBLEBROOK HOTEL TR COM (PEB) (X) | A | Dividend | J | T | | | | | |
| 490. PEPSICO INC NC (PEP) | A | Dividend | J | T | Buy | 08/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 491. PHYSICIANS REALTY TRUST (DOC) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 492. PRUDENTIAL PLC ADR (PUK) | | None | J | T | Buy | 08/24/17 | J | | |
| 493. PT TELEKOMUNIKASI INDONESIA (TLK) | | None | J | T | Buy | 08/24/17 | J | | |
| 494. QTS RLTY TR INC COM CL A (QTS) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 495. RED ELECTRICA CORPORACION SA (RDEIY) | | None | J | T | Buy | 08/24/17 | J | | |
| 496. RELX PLC SPONSORED ADR (RELX) | | None | J | T | Buy | 08/24/17 | J | | |
| 497. ROGERS CORP (ROG) (X) | | None | J | T | | | | | |
| 498. ROYAL DUTCH SHELL PLC (RDS'A) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 499. RYANAIR HLDGS PLC ADR (RYAAY) (X) | | None | J | T | | | | | |
| 500. RYOHIN KEIKAKU CO LTD ADR (RYKKY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 501. SAMPO OYJ UNSPON ADR (SAXPY) | | None | J | T | Buy | 08/24/17 | J | | |
| 502. SANLAM LTD ADR (SLLDY) | | None | J | T | Buy | 08/24/17 | J | | |
| 503. SAP AG (SAP) | | None | J | T | Buy | 08/24/17 | J | | |
| 504. SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 505. SELECTIVE INSURANCE GROUP (SIGI) (Y) | | | | | Buy | 08/24/17 | J | | |
| 506. SHIRE PLC ADR (SHPG) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 507. SONY CORP ADR 1974 NEW (SNE) | A | Dividend | J | T | Buy | 08/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 508. STARBUCKS CORP WASHINGTON (SBUX) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 509. STATOIL ASA ADR (STO) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 510. STRYKER CORP (SYK) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 511. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 512. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 513. TAIWAN SMCNDCTR MFG CO LTD ADR (TSM) | | None | J | T | Buy | 08/24/17 | J | | |
| 514. TELENOR ASA ADS (TELNY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 515. TENCENT HLDGS LTD UNSPON ADR (TCEHY) | | None | J | T | Buy | 08/24/17 | J | | |
| 516. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 517. TJX COS INC NEW (TJX) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 518. TOKYO ELECTRON LTD UNSPON ADR (TOELY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 519. TURKCELL ILETISM HIZM AS NEW (TKC) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 520. UNILEVER PLC (NEW) ADS (UL) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 521. UNITED TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 522. US ECOLOGY INC NEW (ECOL) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 523. VALEO SPONSORED ADR (VLEEY) | | None | J | T | Buy | 08/24/17 | J | | |
| 524. VINCI SA ADR (VCISY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 39

Name of Person Reporting

SIRAGUSA, CHARLES J.

Date of Report

04/23/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 525. WOLTERS KLUWER NV SPON ADR (WTKWY) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 526. WOLVERINE WORLD WIDE (WWW) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 527. WORLDPAY GROUP PLC ADR (WPYGY) | A | Dividend | | | Buy | 08/24/17 | J | | |
| 528. | | | | | Sold | 10/17/17 | J | | |
| 529. YANDEX N.V. A (YNDX) (X) | | None | J | T | | | | | |
| 530. JP MORGAN CHASE & CO ▨ | | None | J | T | Buy | 08/24/17 | J | | |
| 531. VERIZON COMMUNICATIONS ▨ | A | Interest | J | T | Buy | 08/25/17 | J | | |
| 532. BANK OF AMERICA CORP ▨ | | None | J | T | Buy | 08/25/17 | J | | |
| 533. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 534. GOLDMAN SACHS GROUP INC ▨ | A | Interest | J | T | Buy | 08/25/17 | J | | |
| 535. BP CAPITAL MARKETS PLC ▨ | A | Interest | J | T | Buy | 08/25/17 | J | | |
| 536. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 537. CITIGROUP INC 3.66 FXD TO 07/24/2027 FLTS THRFTR ▨ | | None | J | T | Buy | 08/25/17 | J | | |
| 538. | | | | | Buy (add'l) | 09/07/17 | J | | |
| 539. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 540. GENERAL ELECTRIC CAPITAL CORP ▨ | | None | J | T | Buy | 08/25/17 | J | | |
| 541. COMCAST CORP ▨ | A | Interest | | | Buy | 08/25/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 542. | | | | | Sold | 11/02/17 | J | | |
| 543. ENTERPRISE PRODUCTS OPER | | None | J | T | Buy | 08/25/17 | J | | |
| 544. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 545. MICROSOFT CORP | | None | J | T | Buy | 11/02/17 | J | | |
| 546. SHELL INTERNATIONAL FINANCE BV | | None | J | T | Buy | 12/06/17 | J | | |
| 547. WELLS FARGO CO F XD | A | Interest | J | T | Buy | 09/06/17 | J | | |
| 548. | | | | | Buy (add'l) | 09/07/17 | J | | |
| 549. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 550. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 551. UNITED STATES TREASURY NOTE | | None | J | T | Buy | 08/24/17 | J | | |
| 552. UNITED STATES TREASURY NOTE-INFLATION INDEXED | | None | J | T | Buy | 08/24/17 | J | | |
| 553. UNITED STATES TREASURY BOND | A | Interest | K | T | Buy | 08/24/17 | J | | |
| 554. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 555. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 556. UNITED STATES TREASURY BOND-INFLATION INDEXED | | None | J | T | Buy | 08/24/17 | J | | |
| 557. FED NATL MTG ASSN | A | Interest | K | T | Buy | 08/24/17 | J | | |
| 558. FEDERAL NATIONAL MTG ASSN POOL | B | Interest | J | T | Buy | 09/08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 39

Name of Person Reporting

SIRAGUSA, CHARLES J.

Date of Report

04/23/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. FEDERAL NATIONAL MTG ASSN POOL | A | Interest | J | T | Buy | 11/29/17 | J | | |
| 560. FED HOME LN MTG CORP | A | Interest | J | T | Buy | 08/24/17 | J | | |
| 561. FHLMC 30YR GOLD | B | Interest | K | T | Buy | 09/11/17 | L | | |
| 562. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 563. | | | | | Sold (part) | 11/29/17 | J | | |
| 564. UNITED MEXICAN STATES | | None | | | Buy | 08/25/17 | J | | |
| 565. | | | | | Sold | 12/06/17 | J | | |
| 566. AQR STYLE PREMIA ALTERNATIVE I (QSPIX) | | None | M | T | Buy | 08/24/17 | M | | |
| 567. WESTERN ASSET SMASH SERIES C (LMLCX) | A | Dividend | K | T | Buy | 08/24/17 | K | | |
| 568. WESTERN ASSET SMASH SERIES EC (LMECX) | C | Dividend | L | T | Buy | 08/24/17 | L | | |
| 569. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 570. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 571. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 572. WESTERN ASSET SMASH SERIES M (LMSMX) | A | Dividend | L | T | Buy | 08/24/17 | L | | |
| 573. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 574. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 575. | | | | | Buy (add'l) | 12/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 4, 45, 89, 114, 124, 331, 349, 432, 449, 458, 475, 478, and 505: These assets had reportable transactions, and they were below the reporting threshold at the end of the reporting period, without reportable sales. (Y)

Part VII, Lines 29, 71, 133, 147, 204, 211, 245, 282, 295, and 296: Name changes only; no reportable transactions. See 2016 report, lines 25, 64, 119, 130, 194, 200, 229, 267, 281, and 284, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 40 of the filing instructions.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ CHARLES J. SIRAGUSA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544